| | |
|---|---|
| From: | Amy Ward <award@msbar.org> |
| Sent: | Thursday, July 1, 2021 12:30 PM |
| To: | Chip Westbrook |
| Subject: | Re: Jacob Richard Burns suspension effective date |

Chip - the note in his MS Bar record indicates his status was changed from Active to Suspended Nonpayment on March 23, 2021.

Amy Ward
Membership Records Coordinator
The Mississippi Bar

---

**From:** Chip Westbrook <cwestbrook@pmp.org>
**Sent:** Thursday, July 1, 2021 12:09 PM
**To:** Amy Ward <award@msbar.org>
**Subject:** Jacob Richard Burns suspension effective date

Dear Ms. Ward:

What was the effective date of the suspension of the following Mississippi Bar member?

```
Name:    Jacob Richard Burns
Company: Attorney at Law
Admit Date: 04/24/2014
Mailing Address: PO Box 2159
                 Pascagoula, MS
                 39569-2159
Phone: (228) 623-5676
Email: jacob.richard.burns@gmail.com
Status: Suspended-Non-Payment
```

Thanks,

William V. Westbrook, III
Page, Mannino, Peresich & McDermott, PLLC
759 Howard Avenue
P.O. Drawer 289
Biloxi, MS 39533-0289
Phone: (228) 374-2100 Ext. 293
Fax: (228) 374-3838
Email: cwestbrook@pmp.org
Cell: 228/861-1122

CONFIDENTIALITY NOTE:

This email and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient,

1

Exhibit A

be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

