**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**URSULA COLLIER**                                                                **PLAINTIFF**

**V.**                                     **CASE NO. 1:20-cv-00063-TBM-JCG**

**HEAD MERCANTILE CO. INC.**                                   **DEFENDANT**

### NOTICE OF LAST KNOWN ADDRESS AND PHONE NUMBER

     I, Thomas J. Bellinder, hereby certify that Ursula Collier's last known address is 4812 Griffin St. Moss Point, MS 39563 and that her last known phone number is 228-627-8112.

                                                             This the 8th day of July, 2021.
                                                             BY: __ /s/ Thomas J. Bellinder, Esq. _____

### VERIFICATION BY DECLARATION UNDER PENALTY OF PERJURY

     I, Thomas J. Bellinder, hereby declare under penalty of perjury that I am counsel for the plaintiff in the above styled and numbered matter and that the factual matters set forth in the above and foregoing Notice are true and correct to the best of my information and belief.

     Declared under penalty of perjury, this the 8th day of July, 2021.

                                                             _/s/ Thomas J. Bellinder_
                                                             Attorney for the Plaintiff