IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**URSULA COLLIER**                                                                  **PLAINTIFF**

**v.**                                                      **CIVIL ACTION NO. 1:20-cv-63-TBM-JCG**

**HEAD MERCANTILE CO. INC.,**
an Ohio corporation                                                 **DEFENDANT**

## ORDER GRANTING IN PART AND DENYING IN PART
## DEFENDANT'S MOTION TO DISMISS AND FOR SANCTIONS

This matter came before the Court on Defendant's Motion [43] to Dismiss and for Sanctions on July 15, 2021. At the hearing conducted in this matter on July 15, 2021, the Court, having considered the pleadings, the record, the oral arguments of counsel, and the relevant legal authority, announced its findings and conclusions. The Court concluded that the Defendant's Motion to Dismiss for failure to prosecute was well taken and should be granted and the Defendant's Motion for Sanctions should be denied.

IT IS THEREFORE, ORDERED AND ADJUDGED that, for the reasons stated on the record at the hearing held on July 15, 2021, the Defendant's Motion [43] to Dismiss is GRANTED and that this matter is dismissed with prejudice.

IT IS FURTHER ORDERED AND ADJUDGED that Defendant's Motion for Sanctions is DENIED.

THIS, the 15th day of July, 2021.

                                                      _____
                                                      TAYLOR B. McNEEL
                                                      UNITED STATES DISTRICT JUDGE