IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**URSULA COLLIER**                                                      **PLAINTIFF**

v.                                             **CIVIL ACTION NO. 1:20-cv-63-TBM-JCG**

**HEAD MERCANTILE CO. INC.,**
**an Ohio corporation**                                            **DEFENDANT**

## **FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE**

In accordance with the Court's Order entered herewith granting Defendant's Motion [43] to Dismiss and dismissing Plaintiff's claims,

IT IS ORDERED AND ADJUDGED that Plaintiff's claims are DISMISSED WITH PREJUDICE. This case is CLOSED.

THIS, the 15th day of July, 2021.

                                                       TAYLOR B. McNEEL
                                                       UNITED STATES DISTRICT JUDGE